1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARCO AGUILAR,                          No.  2:22-cv-2013 WBS DB P

12                    Plaintiff,

13        v.                                 ORDER

14   AMADOR COUNTY SHERIFF'S
     DEPARTMENT, et al.,
15
                     Defendants.
16

17

18          Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42

19   U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

20   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

21   plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

22   certified copy of his inmate trust account statement for the six month period immediately

23   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

24   opportunity to submit a completed in forma pauperis application and a certified copy in support of

25   his application.

26          In accordance with the above, IT IS HEREBY ORDERED that:

27          1.  Plaintiff shall submit, within thirty days from the date of this order, a completed

28   affidavit in support of his request to proceed in forma pauperis on the form provided;

                                                  1

1      2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

2 Forma Pauperis By a Prisoner; and

3      3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of

4 his inmate trust account statement for the six month period immediately preceding the filing of

5 the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that

6 this action be dismissed without prejudice.

7 Date: April 17, 2023

8

9 DLB7
   agui2013.3c+.new

10                         DEBORAH BARNES
                     UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28